## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
6|15|2025
BY _____ LAW _____
DEPUTY CLERK

JOSE IGNACIO DE LA CRUZ DE LA ROSA,

          Petitioner,

   -against-

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS
PRESIDENT OF THE UNITED STATES; PATRICIA HYDE, IN
HER OFFICIAL CAPACITY AS ACTING BOSTON FIELD
OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS
ENFORCEMENT, ENFORCEMENT AND REMOVAL
OPERATIONS; VERMONT SUB-OFFICE DIRECTOR OF
IMMIGRATION AND CUSTOMS ENFORCEMENT,
ENFORCEMENT AND REMOVAL OPERATIONS; TODD M.
LYONS, IN HIS OFFICIAL CAPACITY AS ACTING
DIRECTOR, U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; PETE R. FLORES, IN HIS OFFICIAL
CAPACITY AS ACTING COMMISSIONER FOR U.S.
CUSTOMS AND BORDER PROTECTIONS; KRISTI NOEM,
IN HER OFFICIAL CAPACITY AS SECRETARY OF THE
UNITED STATES DEPARTMENT OF HOMELAND
SECURITY; MARCO RUBIO, IN HIS OFFICIAL CAPACITY
AS SECRETARY OF STATE; AND PAMELA BONDI, IN HER
OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL,

          Respondents.

Case No. 2:25-cv-00580

## **ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus, and pursuant to the All Writs Act, 28
U.S.C. § 1651, this Court is accepting jurisdiction over the review of this petition.


Dated at Burlington, in the District of Vermont, this 15th day of June, 2025.


                    /s/ Hon. Christina Reiss
                    Hon. Christina Reiss
                    Chief Judge