U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 16 AM 10: 10

CLERK

BY 
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

JOSE IGNACIO DE LA CRUZ DE LA ROSA,

Petitioner,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PATRICIA HYDE, IN HER OFFICIAL CAPACITY AS ACTING BOSTON FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; VERMONT SUB-OFFICE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PETE R. FLORES, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTIONS; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE; AND PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL,

Respondents.

Case No. 2:25-cv-00580

## ORDER

Petitioner Jose Ignacio De La Cruz De La Rosa has requested the court to issue an order requiring his custody to remain in Vermont so that he may effectively litigate his habeas corpus petition. The court has previously issued this type of order in other cases. *See, e.g., Ozturk v. Trump*, 2025 WL 1009445, at *2 (D. Mass. Apr. 4, 2025); *Suri v. Trump*, 2025 WL 914757, at *1 (E.D. Va. Mar. 20, 2025). When it has not done so, the petitioner has only been able to attend hearings remotely, without effective translation, and without the Petitioner's ability to consult with counsel during the hearing. *See, e.g., Petrova v. U.S. Dep't of Homeland Sec.*, Case No. 2:25-cv-00240 (D. Vt.) at Doc. 70 (noting the petitioner was present by video and interpreter and counsel were present in the

courtroom).

In order to preserve this court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, authoring the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law[,]" it is hereby ORDERED that the Petitioner, Jose Ignacio De La Cruz De La Rosa, shall not be removed from the District of Vermont pending further Order of this court.

Dated at Burlington, in the District of Vermont, this __16th__ day of June, 2025.

Christina Reiss, Chief Judge
United States District Court