UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 16  AM 11: 48

CLERK
BY_____
DEPUTY CLERK

JOSE IGNACIO DE LA CRUZ DE LA ROSA,

Petitioner,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PATRICIA HYDE, IN HER OFFICIAL CAPACITY AS ACTING BOSTON FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; VERMONT SUB-OFFICE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PETE R. FLORES, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTIONS; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE; AND PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL,

Respondents.

Case No: 2:25-cv-00580

## ORDER TO SHOW CAUSE

On June 15, 2025, Petitioner Jose Ignacio De La Cruz De La Rosa filed a petition for writ of habeas corpus and complaint for declaratory and injunctive relief with respect to his present detention at Northwest State Correctional Facility in St. Albans, Vermont, following a stop of his vehicle on June 14, 2025. Petitioner contends that on June 14,

2025, he and his stepdaughter were driving on VT Route 104 in Richford, Vermont "to deliver food to several dairy farms in the area" when he "was pulled over by [U.S. Customs and Border Patrol ("CBP")] uniformed agents in [a] marked Border Patrol vehicle." (Doc. 1 at 7.) He alleges he and his stepdaughter "exercised their rights to remain silent and called [the] Migrant Justice emergency hotline." *Id.* The agents purportedly broke Petitioner's driver's side window, opened the car door, and detained Petitioner and his stepdaughter. Petitioner asserts that he was "unlawfully arrested without a warrant" by CBP. *Id.* at 2.

Petitioner asserts that he is a citizen of Mexico. In his petition, he states that he "entered without inspection to the United States in about 2016. He left the United States briefly in 2022. Following his brief exit, [Petitioner] entered without inspection in 2022 and has resided in Vermont ever since." (Doc. 1 at 2.) He claims he is being unlawfully detained as the result of an illegal traffic stop and arrest.

Pursuant to 28 U.S.C. 2243, a court "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."

Respondents are hereby ORDERED TO SHOW CAUSE on or before June 23, 2025, why a writ of habeas corpus should not be granted. Petitioner may file a reply on or before June 27, 2025. The court shall schedule a hearing promptly thereafter.
SO ORDERED.

Dated at Burlington, in the District of Vermont, this 16th day of June, 2025.

Christina Reiss, Chief Judge
United States District Court

2